AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| CARSON MAGEE RIESS | ) | 24-mj-76 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 20, 2024** in the parish of **Jefferson** in the **Eastern** District of **Louisiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt and distribution of child pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Candice Wilson
*Complainant's signature*

S.A. Candice Wilson, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/20/2024 4:33 pm

*Judge's signature*

City and state: New Orleans, Louisiana      Hon. Eva J. Dossier, U.S. Magistrate Judge
*Printed name and title*

___ Fee ___
_X_ Process  2 cc USM
___ Dktd ___
___ CtRmDep ___
___ Doc. No ___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-mj-76 |
| v. | * | SECTION:  MAG |
| CARSON MAGEE RIESS | * | |

* * *

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Candice Wilson, hereinafter referred to as your affiant, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent (SA) with U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) assigned to the Office of the Special Agent in Charge (SAC) New Orleans, Louisiana. I have been employed as such since September of 2020. I subsequently attended the Criminal Investigator Training Program (CITP) and Homeland Security Investigations Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) where I was trained to conduct investigations regarding the violation of federal statutes. I was sworn in as a federal law enforcement officer in October of 2021. As such, I am authorized to investigate violations of laws of the United States and execute warrants issued under the authority of the United States. As of November 2023, I am an ACAMS Certified Anti-Money Laundering Specialist. I have also received training for cryptocurrency/blockchain analysis. I am currently assigned to the SAC New Orleans Cyber Crimes Group. This group investigates matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code (U.S.C.), Section 2252, which criminalize the possession, receipt, and transmission of child pornography.

2. This affidavit is made in support of a criminal complaint to arrest Carson **RIESS** (**"RIESS"**) of Metairie, LA for violations of Title 18, U.S.C. § 2252, which criminalizes the possession, receipt, and transmission of child pornography. The statements contained in this affidavit are based on information obtained through the course of the investigation and your affiant's training and experience, as well as the knowledge, training, and experience of other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, your affiant has not included each and every fact known concerning the investigation. Rather, the facts set forth are those believed to be sufficient to establish probable cause for the issuance of the warrant.

## DETAILS OF INVESTIGATION

3. On January 25, 2023, HSI agents were conducting an online investigation on the BitTorrent network for offenders sharing child sexual abuse material (CSAM). An investigation was initiated for a device at IP address 70.186.117.246 because it was associated with a torrent with the infohash: 908bae7f3d8e0f6e42a48bda0eba0a172365b7c. This torrent file references 65 files, at least one of which was identified as being a file of investigative interest to CSAM investigations.

4. Using a computer running investigative BitTorrent software, a direct connection was made to the device at IP address, 70.186.117.246. The device reported it was using BitTorrent client software -qB4500-qBittorrent/4.5.0.

5. Between Wednesday, January 25, 2023, at 1449 hours and Wednesday, February 8, 2023, at 2252 hours, a download was successfully completed of 21 files that the device at IP address 70.186.117.249 was making available. The device at IP Address

70.186.117.249 was the sole candidate for each download, and as such, each file was downloaded directly from this IP Address.

6. An HSI agent served a DHS Summons to Cox Communications requesting account information for IP Address 70.186.117.249 on January 25, 2023 at 1449 UTC.

7. Cox Communications provided the following subscriber information:

    a. Name: Carson Riess

    b. Address: 701 Pasadena Ave, Metairie, La

    c. Home Phone: 504-491-0288

    d. Work Phone: 504-669-5359

8. On December 29, 2023, Bitcoin address 1AowEVHyGws1QB79TLozjmCAKESQB54KBd, hereinafter referred to TARGET ADDRESS, sent .0026 BTC to bitcoin address bc1q58jtkc2w99djpfukmg3h3khd5q9rqhzcpgsv05, an address found on a Darkweb Site that offers CSAM in exchange for a membership fee. HSI Atlanta performed cryptocurrency analysis of TARGET ADDRESS and found the address received .00176280 BTC from a Bitcoin Depot user on December 29, 2023 under transaction hash a2b93d39681da3a0f5db06442d4872d487d779dfdd1adade891ab1f0e6387327.

9. On January 4, 2024, HSI Atlanta served Bitcoin Deport a subpoena for subscriber information of the user associated with the previously mentioned transaction on December 29, 2023. Bitcoin Depot provided Carson RIESS, utilizing the Bitcoin Depot ATM located at 3451 Airline Dr., Metairie, LA 70001, sent funds to TARGET ADDRESS under transaction hash a2b93d39681da3a0f5db06442d4872d487d779dfdd1adade891ab1f0e6387327.

10. On March 18, 2024, your affiant received an investigative referral from HSI Atlanta in which the information above was provided.

11. On March 21, 2024, your affiant used TOR to access the Darkweb Site and confirmed cryptocurrency address bc1q58jtkc2w99djpfukmg3h3khd5q9rqhzcpgsv05 was shown on the site. Your affiant also confirmed the site displays CSAM and offers a paid membership so that members can access even more CSAM. The following are descriptions of some of the images displayed on the site:

    a. An image in which a prepubescent male is performing oral sex on another prepubescent male.

    b. An image in which a prepubescent female is lasciviously displaying her vagina and anus.

    c. An image in which an adult female performs oral sex on a prepubescent male.

12. Your affiant searched RIESS's identifiers in multiple databases and discovered National Center for Missing and Exploited Children (NCMEC) CyberTipline Report 187382321. In this document, PayPal reports RIESS's account for indirect exposure to a suspect CSAM seller via a cryptocurrency transfer.

13. Your affiant served a DHS Summons to PayPal requesting account information for any accounts associated with Carson RIESS. PayPal produced the requested documents.

14. While reviewing the contents of PayPal account 2129904719868412917, your affiant observed that on December 29, 2023, at 02:16:38 RIESS sent .00186729 BTC to TARGET ADDRESS. At 09:58:49 the same day, RIESS sent .00275539 BTC again to TARGET ADDRESS.

15. The subscriber information for PayPal account 2129904719868412917 is as follows:

    a. Name: Carson Riess

    b. Phone: 504-491-0288

    c. Email: cmr3320@gmail.com

16. Your affiant referred to the account's activity log and observed that activity categorized as "Mobile Login (WAP)" occurred on December 29, 2023 at 02:15 AM and 09:56 AM GMT, minutes before the transactions mentioned above. Both logins used IP Address 162.224.102.251.

17. Your affiant served a DHS Summons to AT&T requesting subscriber information for the account associated with IP Address 162.224.102.251 on December 29, 2023 09:56:54. AT&T responded by providing the following subscriber information:

    a. Account Name: Carson RIESS

    b. 701 Pasadena Ave, Metairie, La

    c. Phone: (504) 491-0288

18. On May 16, 2024, two federal search warrants were issued, one authorizing the search of **RIESS's** residence and one authorizing the search of his person and phone.

19. On May 20, 2024, at approximately 0730 hrs, HSI executed a federal search warrant on 701 Pasadena Ave, Metairie, LA. **RIESS**, who was encountered after leaving his residence, was approached by Jefferson Parish officers. HSI retrieved **RIESS's** phone and asked if he would come to his residence where a search warrant was being executed. **RIESS** complied and was transported to his residence.

20. Once at the residence, **RIESS** was interviewed by HSI agents. Your affiant read **RIESS** his *Miranda Rights*, and he (**RIESS**) signed a form stating he understood his rights. In the post-*Miranda* interview, **RIESS** stated he had used peer-to-peer file sharing

software in the past, and that one of the computers in the house has the software on it. He also stated he downloaded a torrent file containing child pornography, but claimed when he looked through the files, he would delete the child pornography because that's not what he was looking for.

21. **RIESS** admitted to sending cryptocurrency to an address associated with a dark net site offering pornography and stated while he knew the site offered illegal material, he was only looking for "young" pornography.

22. During the warrant search, a desktop computer was searched and found to have child pornography. Agents observed a video with file name "video531015611861644450.mp4". The video starts with a title screen that reads, "Vicky's First Taste of Cum" and shows a prepubescent female performing oral sex on an adult male. The video time is listed as 1:47:35. This same computer also was linked to **RIESS's** Windows profile. **RIESS** confirmed during the interview that he is the primary user of this computer.

23. Based on this information, **RIESS** did knowingly receive child pornography in violation of Title 18, United States Code 2252(a) and (b)(1).

**STATUTORY AUTHORITY**

24. This investigation concerns alleged violations Title 18, United States Code, Sections 2252(a)(2)- certain activities relating to material involving the sexual exploitation of minors (receipt of child pornography).

    Title 18, United States Code, Section 2252 (a)(2) provides:

    > (a) Any person who –
    >     (2) knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or

foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduced any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if–
    (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct, and
    (B) such visual depiction is of such conduct.

## CONCLUSION

25. Based on the above information, your affiant respectfully submits that there is probable cause to issue an arrest warrant charging **CARSON RIESS** with Receipt of Child Pornography in violation of and Title 18, United States Code, Sections 2252(a)(2) and (b)1.

Respectfully submitted,
*/s/ Candice M. Wilson*
Special Agent
Homeland Security Investigations

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained.in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me on
this  20th  day of May, 2024,
New Orleans, Louisiana.

_____
HONORABLE EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE