# EASTERN DISTRICT OF LOUISIANA

Mag Number: 24-76  (Complaint) / Warrant from another district

**Defendant(s)**

Carson Magee Riess

**Violation(s)**

Receipt & distribution of child pornography
Possession of child pornography
18 USC 2252(a)(2); 2252(a)(4)(B)

U.S. Attorney: Stuart Theriot

Date assigned: 5/20/24

Interpreter needed?   YES   (NO)
Sealed?               YES   (NO)

Court date and Time: _____

Before Magistrate Judge: _____