MINUTE ENTRY
MAY 22, 2024
DOSSIER, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL ACTION

VERSUS                                                  NO. 24-76

CARSON MAGEE RIESS                                      SECTION: MAG

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/WITHOUT COUNSEL  Dylan Utley
                  (retained)
              X  ASSISTANT U.S. ATTORNEY  STUART THERIOT
              __ INTERPRETER _____
              Designated by Court and sworn.    Time: _____ .M  to _____ M.

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE COMPLAINT WAS:
     READ (WAIVED) SUMMARIZED

X / DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 05

__/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

X/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT (PRELIMINARY HEARING)/REMOVAL HEARING/ARRAIGNMENT IS SET FOR   June 5, 2024 at 2:00 pm

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

   May 24, 2024 at 10:00 am

X/ DEFENDANT ORDERED TO RE-APPEAR FOR (PRELIMINARY HEARING)/REMOVAL HEARING/ARRAIGNMENT/(DETENTION HEARING)/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

__/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.