MINUTE ENTRY
MAY 24, 2024
DOSSIER, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-76 |
| CARSON MAGEE RIESS | SECTION: MAG |

**DETENTION HEARING** Continuance

PRESENT: X/DEFENDANT

X DEFENDANT  ADVISED OF MAXIMUM PENALTY

X/COUNSEL FOR THE DEFENDANT   Dylan Utley

_____

X/ASST. U.S. ATTORNEY  STUART THERIOT

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

__/GOVERNMENT WITNESS(ES) _____

_____

__/DEFENSE WITNESS(ES) _____

_____

MJSTAR: 00: 03

| | |
|---|---|
| CARSON MAGEE RIESS | <u>24-76 MAG</u> |
| DEFENDANT | CASE NO. |

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

\_\_/ DEFENDANT IS ENTITLED TO RELEASE.  BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

\_\_/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

\_\_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

\_\_\_/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

**X**/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL ~~BOND IS PERFECTED~~. *Detention Hearing set for 5/30/24*

\_\_\_/ DEFENDANT IS NOT ENTITLED TO RELEASE.

\_\_\_/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

\_\_\_/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

\_\_\_/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

\_\_\_/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

\_\_\_/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

**X**/ OTHER: <u>Detention Hearing continued to May 30, 2024 at 2:00 pm before Magistrate Judge Dossier at the request of counsel.</u>

*[signature]*